# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00043 (WLS-TQL) |
| | : |
| MARGARITO VELASQUEZ-GOMEZ, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

    Before the Court is Defendant's Unopposed Motion to Continue filed on December 1, 2021. (Doc. 20.) Defendant states that additional time is needed to complete review of discovery and assessment of the case, and he asks that the specially set trial in this case be continued to the next available trial calendar after January 2022. He also states that the Government does not oppose the requested continuance.

    Based on the above-stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 20) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

    The scheduled December 7, 2021 pretrial conference is **CANCELLED**.

    However, the next available trial calendar begins on February 7, 2022. As such, counsel for the Parties shall confer review the case, confer, and inform the Court no later than **Tuesday, December 21, 2021** whether any matters require a hearing or further briefing or

whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed, or this case will be noticed for a pretrial conference.

**SO ORDERED**, this 3rd day of December 2021.

                                                  /s/ W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**